1

2

3

4

5

6

7             UNITED STATES DISTRICT COURT

8           SOUTHERN DISTRICT OF CALIFORNIA

9              **(HON. DANA M. SABRAW)**

10  UNITED STATES OF AMERICA,          )   Case No. 09cr2509-DMS
                                       )
11              Plaintiff,             )
                                       )   ORDER GRANTING
12  v.                                 )   JOINT MOTION TO CONTINUE
                                       )   MOTIONS HEARING
13  SERGIO ORTIZ-LEDEZMA,              )
                                       )
14              Defendants.            )
                                       )
15  ———————————————————————            )

16        **IT IS HEREBY ORDERED** that the motion to continue the Motions Hearing in this matter now

17  scheduled for July 30, 2009 at 9:00 a.m. be continued until August 21, 2009, at 9:00 a.m.

18        **IT IS SO ORDERED**.

19

20  DATED:  July 27, 2009

21                                     _____

22                                     HON. DANA M. SABRAW
                                       United States District Judge
23

24

25

26

27

28